## OPINIONS PER CURIAM, ETC., FROM OCTOBER 13, 1913, TO JANUARY 5, 1914.

No. ——. Original. *Ex parte:* IN THE MATTER OF ASSETS COLLECTING COMPANY, PETITIONER. Submitted October 14, 1913. Decided October 20, 1913. Motion for leave to file petition for writs of mandamus or certiorari denied. *Mr. Ferdinand E. M. Bullowa* and *Mr. Richard S. Harvey* for the petitioner.

———

No. ——. Original. *Ex parte:* IN THE MATTER OF YOUNG, SMYTHE FIELD COMPANY, PETITIONER. Submitted October 14, 1913. Decided October 20, 1913. Motion for leave to file petition for a writ of mandamus denied. *Mr. Mortimer C. Rhone* and *Mr. A. R. Jackson* for the petitioners.

———

No. ——. CHARLES ANDERSON, PETITIONER, *v.* WILLIAM H. MOYER, WARDEN OF THE UNITED STATES PENITENTIARY AT ATLANTA, GA. Submitted October 20, 1913. Decided October 27, 1913. Motion for leave to file petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit and to proceed *in forma pauperis* denied. *Mr. Lamar Hill* for the petitioner.

———

No. ——. CARL OLIVER, PLAINTIFF IN ERROR, *v.* THE STATE OF TEXAS. Submitted October 21, 1913. Decided October 27, 1913. Motion for leave to docket cause and proceed *in forma pauperis* denied. *Mr. Cecil H. Smith* for the petitioner.